FILED

06/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0494

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0494

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DAVID ALAN SPAGNOLO,

Defendant and Appellant.

**ORDER**

Upon consideration of the State's Motion to Supplement the Record on Appeal, submitted by the Appellee, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted and the Clerk of the Eighth Judicial District Court, Cascade County, shall certify and transmit the file from cause No. ADC-16-695 to supplement the record on appeal.

BG

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 24 2022